UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIANE JAMES | § | DOCKET NO.: |
| VERSUS | § | JUDGE |
| BROOKSHIRE GROCERY COMPANY AND TRAVELERS COMMERCIAL CASUALTY COMPANY | § | MAGISTRATE JUDGE |

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come **BROOKSHIRE GROCERY COMPANY and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT** (incorrectly designated as Travelers Commercial Casualty Company), who, respectfully represent that:

1.

Plaintiff, **DIANE JAMES**, has asserted a civil cause of action against **BROOKSHIRE GROCERY COMPANY and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT** (incorrectly designated as Travelers Commercial Casualty Company), seeking to recover damages for personal injuries allegedly sustained as a result of an alleged slip and fall which occurred on or about June 1, 2020, in Shreveport, Caddo Parish, Louisiana.

2.

Defendant, **BROOKSHIRE GROCERY COMPANY**, is incorporated in the State of Texas, and its principal place of business is in the State of Texas.

3.

Defendant, **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**, is a foreign insurance company organized under the laws of the State of Connecticut, with its principal place of business located in the State of Connecticut.

4.

Plaintiff, **DIANE JAMES**, is a domiciliary of the Parish of Caddo, State of Louisiana.

5.

The Petition for Damages of **DIANE JAMES** was filed in the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana, on September 28, 2020. A copy of the Petition is attached hereto as Exhibit "A".

6.

Although no responsive pleadings have been filed in the State Court proceeding, undersigned counsel does represent **BROOKSHIRE GROCERY COMPANY and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**, both of the defendants named in this case.

7.

Plaintiff has specifically alleged in the original Petition that "the amount in controversy exceeds $100,000.00" and that the value of the alleged injuries sustained by **DIANE JAMES** "exceeds $100,000.00." Pursuant to 28 U.S.C. § 1446(c)(2), this amount shall be deemed to be the amount in controversy.

8.

Plaintiff has further alleged in Article X of the Petition that she sustained serious injury to her head, neck, knee, and lower back and further that she has undergone ongoing treatment and physical therapy and that she has permanent partial impairment.

9.

There is complete diversity of citizenship between the plaintiff and defendants.

10.

Brookshire Grocery Company was served with plaintiff's Petition for Damages through its agent for service of process, CT Corporation, on October 8, 2020. Defendant The Travelers Indemnity Company of Connecticut (incorrectly designated as Travelers Commercial Casualty Company), was served with the original Petition through its agent for service of process, Louisiana Secretary of State, on October 5, 2020.

11.

This Removal is timely in that it is filed within thirty days from service of the Petition on both defendants.

12.

Pursuant to 28 U.S.C. Section 1332(a), this court has original jurisdiction over this matter.

13.

This matter is properly removable to the Middle District of Louisiana, from the state court in East Baton Rouge Parish, Louisiana.

14.

Upon filing of this Notice of Removal, **BROOKSHIRE GROCERY COMPANY and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT** will give written notice to the plaintiff and will file a copy of the Notice of Removal with the Clerk of Court of the Nineteenth Judicial District Court for the Parish of East Baton Rouge.

WHEREFORE, **BROOKSHIRE GROCERY COMPANY and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT** pray that this Notice of Removal be deemed good and sufficient and that the suit entitled,"Diane James v. Travelers Commercial Casualty Company, et al." Number C-700050, on the docket of the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana, shall be removed to this Court and that

the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana, case shall proceed no further therein, unless the case is remanded.

                              Respectfully submitted,

                              LUNN IRION LAW FIRM LLC

330 Marshall St., Ste. 500
Shreveport, LA  71101
Phone: (318) 222-0665
Fax: (318) 220-3265
Email: ajm@lunnirion.com

By:    S/ Alexander J. Mijais
       ALEXANDER J. MIJALIS
       Bar No. 31262
ATTORNEYS FOR DEFENDANTS, BROOKSHIRE GROCERY COMPANY and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

## **CERTIFICATE**

I HEREBY CERTIFY that on October 20, 2020, a copy of the foregoing *Notice of Removal* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. Dennis D. Spurling by operation of the court's electronic filing system and via email.

                                    S/ Alexander J. Mijalis
                                      OF COUNSEL