**SERVICE COPY**



D5034806

# CITATION

**DIANE JAMES**
(Plaintiff)

**VS**

**TRAVELERS COMMERCIAL CASUALTY COMPANY, ET AL**
(Defendant)

NUMBER C-700050   SEC. 25

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   **BROOKSHIRE GROCERY COMPANY**
**THROUGH ITS AGENT FOR SERVICE OF PROCESS:**
**CT CORPORATION SYSTEM**
**3867 PLAZA DRIVE**
**BATON ROUGE, LA 70816**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 30, 2020.**

*Magan Harris*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: SPURLING, DENNIS D
(713) 229-0770

*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.
DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____
SECRETARY OF STATE: By tendering same to the within named, by handing same to _____
DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile or anyone legally authorized to represent him.
RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

RECEIVED OCT 07 2020

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

EAST BATON ROUGE PARISH  C-700050
Filed Sep 30, 2020 9:56 AM          25
Deputy Clerk of Court
FAX Received Sep 28, 2020

ORIGINAL

19th JDC COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

DOCKET NO.: C-700050     DIVISION 25

DIANE JAMES

VERSUS

TRAVELERS COMMERCIAL CASUALTY COMPANY AND BROOKSHIRE GROCERY COMPANY

FILED: September 28, 2020          Doug Welborn
                                    DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of **DIANE JAMES** persons of the full age of majority and resident of the Shreveport, Louisiana, with respect represents:

I.

Made Defendants herein for a reasonable amount of damages are:

1. First named Defendant is TRAVELERS COMMERCIAL CASUALTY COMPANY who upon information and belief is a foreign insurance company formed under the laws of the State of Connecticut authorized to do and doing business within the jurisdictional bounds of this court including but not limited to the East Baton Rouge Parish, State of Louisiana, who's registered agent for service of Process is Louisiana Secretary of State chives Ave. Baton Rouge, LA 70809: who at all times mentioned herein issued a policy or policies of liability, Medical payment, uninsured and underinsured insurance coverage which covered the damage caused by its insured and issued to named defendants, Brookshire Grocery Company which covered Plaintiffs' damages complained of herein. The exact terms of said policy are currently unknown to Plaintiff and best known to Defendants and are plead herein as if copied in extenso.

2. Second named Defendant is Brookshire Grocery Company is a Texas corporation founded and incorporated in the State of Tyler, Texas; who's registered agent for service of Process is CT Corporation Systems located at 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

1

Certified True and Correct Copy
CertID: 2020093000423

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/30/2020 11:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Furthermore, Brookshire Grocery Company is at all timed relevant herein the owner and operator and assumed all the liabilities, debts, and obligations of the Super 1 Grocery Store located at 2640 Waggoner Avenue Shreveport, Louisiana 71108;

II.

All of the aforementioned Defendants TRAVELERS COMMERCIAL CASUALTY COMPANY AND BROOKSHIRE GROCERY COMPANY, are jointly, severally and in solido liable unto petitioner for a reasonable sum in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings for the following reasons to wit:

III.

On or about June 1, 2020, at approximately 2:00 p.m., DIANE JAMES, was a lawful, patron invite and guest who arrived at the Super 1 Grocery Store located at 2640 Waggoner Avenue Shreveport, Louisiana 71108.

IV.

After she finished shopping she went to the 1st checkout line (12 Items or less) when she was summoned by defendant's employee, when suddenly unexpectedly and without warning Plaintiff slipped in a muddle of liquid oily substance causing her to fall to the ground hard striking her head, and going unconscious, also striking her right hip, twisting her right ankle and her elbow leaving a scar causing serious damage to her person.

V.

Plaintiff's trip and fall resulted from the negligent actions of Defendants' employees specifically directing plaintiff to walk through the checkout line with the liquid oily substance on the ground directly in front of the cashier negligently and recklessly placing her in danger by said employees of BROOKSHIRE GROCERY COMPANY.

VI.

Defendants, BROOKSHIRE GROCERY COMPANY owed a duty of reasonable care to its invitees, patrons and guests like Plaintiff who lawfully present at the Super 1 Grocery Store located at 2640 Waggoner Avenue Shreveport, Louisiana

2


Certified True and Correct Copy
CertID: 2020093000423

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/30/2020 11:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

71108; and to properly secure passage and warn invitees, patrons and guests of the dangerous condition that the defendants knew or should have known of.

### VII.

As such, Defendants, **TRAVELERS COMMERCIAL CASUALTY COMPANY AND** BROOKSHIRE GROCERY COMPANY owed Plaintiff the duty of reasonable care; and Defendants, **TRAVELERS COMMERCIAL CASUALTY COMPANY AND** BROOKSHIRE GROCERY COMPANY knew or should have known that it was negligent and gross negligence specifically directing plaintiff to walk through the checkout line with the liquid oily substance on the ground directly in front of the cashier in the checkout line creating a dangerous condition for invitees, patrons and guest and thereby negligently and recklessly placing plaintiff in danger.

### VIII.

Defendants, **TRAVELERS COMMERCIAL CASUALTY COMPANY AND BROOKSHIRE GROCERY COMPANY** duty of reasonable care was breached when they failed to foresee the danger posed to invitees, patrons and guest specifically directing plaintiff to walk through the Checkout line with the liquid oily substance on the ground directly in front of the cashier.

### IX.

The aforementioned Defendants, **TRAVELERS COMMERCIAL CASUALTY COMPANY AND BROOKSHIRE GROCERY COMPANY** are jointly and liable severally liable unto Plaintiffs for the negligent acts of their own agents and employees under Article 2315 of the Louisiana Civil Code and things in their custody and control, namely the automobile, under Article 2317 of the Louisiana Civil Code and the negligence of their insured, and the negligence of their employees, which includes but is not limited to the following:

a.  Failure to take the necessary precautions to avoid the incident made the basis of this litigation even after they knew or should have known;

b.  Failure to make a timely installation of warning signs or postings informing Invitees, patrons and guest that a hazardous condition existed,

c.  Failure to exercise reasonable vigilance;

d.  Failure to properly train and educate employees;

3



Certified True and Correct Copy
CertID: 2020093000423

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/30/2020 11:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

    e.    Negligent hiring of incompetent employees;

    f.    Failure to maintain things in their care, custody, and control;

    g.    Any and all other acts of negligence which might be shown at the time of this trial.

### X.

As a result of the aforementioned negligence, Plaintiff, Diane James slipped and fell and seriously injuring her head, neck knee, lower back, and damage; and ongoing treatment and physical therapy for cartilage damage, pain, along with educed mobility permeant partial impairment; and these injuries were proximately caused by negligence of the Defendants in not exercising ordinary care toward a foreseeably dangerous condition resulting in extensive medical treatment; as a result of this accident plaintiff is no longer able to walk without severe limiting pain and is thus partial disabled.

### XI.

Plaintiff, Diane James is entitled to an amount in damages reasonably calculated to compensate him for injuries he sustained, an amount which exceeds $100,000.00 including but not limited to;

    a.    Past, Present and future loss of household services in the past and future.

    b.    Past, present and future mental pain, suffering and anguish;

    c.    Past, present and future physical pain and suffering and loss of function;

    d.    Past, present and future medical expenses;

    e.    Loss of enjoyment of life;

    f.    Any and all other damages cognizable by the Constitution of the State of Louisiana and the United States Constitution.

### IX.

Petitioners aver amicable demand to no avail; the amount in controversy exceeds $100,000.00.

### X.

**WHEREFORE,** Plaintiff Diane James and pray that Defendants, **TRAVELERS COMMERCIAL CASUALTY COMPANY AND BROOKSHIRE GROCERY COMPANY** be duly cited and served with a copy of this Original Complaint for Damages, made to appear and answer same, and that after all legal delays and due proceedings had, there be judgment herein in favor of your Plaintiff, Diane James against Defendants,



Certified True and Correct Copy
CertID: 2020093000423

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/30/2020 11:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**CT Corporation**

**Service of Process Transmittal**
10/08/2020
CT Log Number 538367293

TO: Rosemary Jones
Brookshire Grocery Company
1600 W Southwest Loop 323
Tyler, TX 75701-8500

RE: **Process Served in Louisiana**

FOR: Brookshire Grocery Company (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | DIANE JAMES, PLTF. vs. TRAVELERS COMMERCIAL CASUALTY COMPANY AND BROOKSHIRE GROCERY COMPANY, DFTS. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # C700050 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 10/08/2020 at 09:10 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 10/08/2020, Expected Purge Date: 10/13/2020<br><br>Image SOP<br><br>Email Notification, Rosemary Jones rosemaryjones@brookshires.com<br><br>Email Notification, Melani Crawford melanicrawford@brookshires.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| For Questions: | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Page 1 of 1 / AP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

TRAVELERS COMMERCIAL CASUALTY COMPANY AND BROOKSHIRE GROCERY COMPANY for damages in a reasonable amount together with pre-judgment legal interest thereon from the date of filing of this premises liability claim, for all costs of these proceedings, including expert witness fees and reasonable attorney's fees and for all general and equitable relief.

Respectfully submitted,

DENNIS SPURLING PLLC
ATTORNEY AT LAW & FRIENDS

DENNIS D. SPURLING (LSB #27093)
J.P. Morgan Chase Building
3003 S. Loop West, Suite 400
Houston, Texas 77054
Telephone- (713) 229 - 0770
Facsimile - (713) 229 - 8444
ddspurling@dennisspurling.com
ATTORNEY FOR PLAINTIFF

**PLEASE SERVE:**

BROOKSHIRE GROCERY COMPANY
Through its Agent for Service of Process:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

TRAVELERS COMMERCIAL CASUALTY COMPANY
Through its Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

Certified True and Correct Copy
CertID: 2020093000423

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/30/2020 11:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).